# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-24-00307-CV

---

**Steven Benedict and Rayma Bendict, Appellants**

**v.**

**Tonya Hill and Charles Edward Hill, Jr., Appellees**

---

### FROM THE 274TH DISTRICT COURT OF HAYS COUNTY
### NO. 23-1108, THE HONORABLE SHERRI TIBBE, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellants Steven and Rayma Benedict have filed a motion to abate this appeal to allow the parties to resolve their dispute. We grant the motion in part and abate the appeal. We instruct Steven and Rayma Benedict to file a motion to reinstate the appeal, a motion to extend the abatement, or a report advising us of the status of the case no later than November 27, 2024. The appeal will remain abated until further order of this Court.

Before Justices Baker, Smith, and Theofanis

Abated

Filed: August 27, 2024